IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTIN SCHOR, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 15-610 |
| STATE FARM FIRE AND CASUALTY | : | |
| INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this *18th* day of *March*, 2015, upon consideration of Defendant State Farm Fire and Casualty Insurance Company's Motion to Dismiss Count II of Plaintiff's Complaint (Docket No. 4), and Plaintiff Martin Schor's Response (Docket No. 5), it is hereby **ORDERED** that the Motion is **GRANTED WITHOUT PREJUDICE**. Plaintiff shall have twenty (20) days from the date of this Order to file an amended complaint correcting any of the pleading deficiencies identified in the accompanying Memorandum Opinion.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.