# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTIN SCHOR and DANA SCHOR,<br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE & CAS. INS. CO.,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br><br><br><br>NO.  15-610 |

## O R D E R

**AND NOW, TO WIT:** This 25th day of July, 2016, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice pursuant to agreement of counsel without costs.  The Court intends to retain jurisdiction for ninety (90) days from now, and any settlement agreement is approved and made a part of the record and this Order for enforcement purposes.

LUCY V. CHIN, Interim Clerk of Court


**BY:** _/s/Sharon Lippi_
      Sharon Lippi, Deputy Clerk to
      Judge Lawrence F. Stengel